THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v.
DAVID L. KELSEY, PLAINTIFF IN ERROR.

Submitted July 10, 1911—Decided September 21, 1911.

On error to the Supreme Court, whose opinion is reported
in 51 *Vroom* 641.

For the plaintiff in error, *Martin P. Devlin.*

For the defendant in error, *William J. Crossley,* prosecutor
of the pleas.

PER CURIAM.

The return to the writ of error discloses that an indictment
was found in the Mercer County Court of Oyer and Terminer
against the plaintiff in error; that upon his petition a writ
of *certiorari* was issued out of the Supreme Court removing
the indictment to that court; that a motion to quash the
indictment was there made, which motion was denied, and
the court thereupon ordered that the indictment be returned
to the Court of Oyer and Terminer, there to be proceeded with
as if the said writ of *certiorari* had not been allowed.

It is assigned for error here that the Supreme Court erred
in refusing to quash the indictment.

The return discloses no final judgment, and it is plain,
upon familiar principles, supported by repeated adjudications
of this court, that the writ of error should be dismissed.
*Parks* v. *State,* 33 *Vroom* 664; *State* v. *Greenwald,* 37 *Id.*
685, 686.